UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

WILLIAM DAN MOSS                                          CIVIL ACTION

VERSUS                                                    NO. 15-2632

LOUISIANA DEPARTMENT                                      SECTION: "A"(1)
OF CORRECTIONS, ET AL.

# O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

For the reasons explained in the Report and Recommendation, the claims against the five Louisiana sheriffs named as defendants are prescribed. In his Objection (Rec. Doc. 7), Plaintiff seeks to add Orleans Parish Sheriff Marlin N. Gusman as a defendant. The request is DENIED because the claims against Gusman pertain to Plaintiff's habeas case that was dismissed by another district judge. (CA13-5136). If Plaintiff believes that he has a legal basis to reopen that case against Gusman, then he must move to do so in that action. To the extent that Plaintiff's proposed pleading against Gusman seeks to include prison condition claims not cognizable as part of a habeas petition, the allegations are for the most part identical to the claims that Plaintiff brought against the other five Louisiana sheriffs, and for the reasons explained by the magistrate judge (Rec. Doc. 6 at 6 n.10), the factual allegations against Gusman suffer from the same legal infirmities as the claims against the other sheriffs.

Accordingly;

**IT IS ORDERED** that plaintiff's federal civil rights claims are **DISMISSED WITH PREJUDICE** as frivolous, for failing to state a claim on which relief may be granted, and/or for seeking monetary damages against a defendant who is immune from such relief.

October 14, 2015

                                               **UNITED STATES DISTRICT JUDGE**